UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>*Plaintiff*,<br>v.<br><br>SHERI BOWLES, in her official capacity as Director of the Massachusetts Department of Industrial Accidents, *et al.*<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-11097-ADB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Hartford Casualty Insurance Company, by its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: September 11, 2026

Respectfully submitted,

**STEPTOE LLP**

*/s/ Alexander M. Wolf*
Alexander M. Wolf (BBO # 685374)
awolf@steptoe.com
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone: 713-221-2300
Facsimile: 713-221-2320

Sarah D. Gordon (*admitted pro hac vice*)
Michelle S. Kallen (*admitted pro hac vice*)
sgordon@steptoe.com
mkallen@steptoe.com
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000

***Attorneys for Plaintiff***
***Hartford Casualty Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, a true and correct copy of *Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)* has been served on all counsel of record via the Court's ECF system.

*/s/ Alexander M. Wolf*
Alexander M. Wolf